**E-filed 4/16/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHOLAMREZA SOTOUDEH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary, DHS;<br>EMILIO T. GONZALES, USCIS Director;<br>CHRISTINA POULOS, CSC Director;<br>DAVID STILL, District Director, USCIS<br>San Francisco District Office;<br>FRANCIS D. SICILIANO, Officer-in-Charge,<br>USCIS, San Jose Sub Office;<br>ALBERTO GONZALES, U.S. Attorney General,<br><br>　　　　Defendants. | Case No. 07-1019 JF<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 07-1019 JF

1 | Date: April \_\_, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April \_\_\_\_, 2007

*All for signature*
MILLIE ANNE M.L. SUMCAD
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/16/07

JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C 07-1019 JF

2

Date: April ___, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April _11_, 2007

_____
MILLIE ANNE M.L. SUMCAD
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
JEREMY FOGEL
United States District Judge